# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SUSAN S. QUINN, FREDERICK IMMAR, for and on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>ENDO PHARMACEUTICALS, INC.,<br>    Defendants | C.A. No. 10-11230-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In light of the recent decision of the Supreme Court in the matter *Michael Shane Christopher, et al. v. SmithKline Beecham Corp. dba GlaxoSmithKline*, 132 S. Ct. 2156, 567 U.S. __ (2012), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Susan Quinn, Frederick Immar and each additional party plaintiff who opted-in to this lawsuit by filing an Opt-in Consent Form (collectively, "Plaintiffs"), and Defendant Endo Pharmaceuticals Inc., by and through their respective counsel of record, hereby stipulate and dismiss **with prejudice** and on the merits Count I of the Second Amended Complaint, alleging a violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, without fees or costs to any party and with all rights of appeal waived.

Additionally, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Susan Quinn and Frederick Immar, and Defendant Endo Pharmaceuticals Inc., hereby stipulate and dismiss **with prejudice** and on the merits all remaining claims set forth in the Second Amended Complaint (Counts II, III and IV), without fees or costs to any party and with all rights of appeal waived.

2

| | |
|---|---|
| SUSAN S. QUINN, FREDERICK IMMAR, AND EACH OTHER PARTY PLAINTIFF WHO FILED AN OPT-IN CONSENT FORM, | ENDO PHARMACEUTICALS INC., |
| By their attorneys, | By its attorneys, |
| /s/ Stephen S. Churchill<br>Harold L. Lichten (BBO#549689)<br>Shannon Liss-Riordan (BBO # 640716)<br>Stephen S. Churchill (BBO #564158)<br>LICHTEN & LISS-RIORDAN, P.C.<br>100 Cambridge Street, 20th Floor<br>Boston, MA  02114<br>(617) 994-5800 | /s/ Richard L. Alfred<br>Richard L. Alfred (BBO#015000)<br>Dawn Reddy Solowey (BBO#567757)<br>Jeffrey M. Burns (BBO # 661448)<br>Jessica M. Schauer (BBO#669677)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA  02210-2028<br>(617) 946-4800 |

Dated: September 20, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2012, this document was filed through the Court's ECF system and that Plaintiffs' counsel includes registered users designated to receive Notices of Electronic Filings in this matter.

　　　/s/ Richard L. Alfred
　　　　Richard L. Alfred

14708838v.1